IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-433-PSF-OES

KARL W. HAGER, III, an individual,

    Plaintiff,

v.

COLORADO DENTAL SERVICE, INC., a Colorado Nonprofit Corporation
Insurance Company, d/b/a Delta Dental Plan of Colorado, Inc.;
BARBARA SPRINGER, an individual;
HEIDI CANANU, an individual; and
JANE DOES 1-3, individuals,

    Defendants.

## ORDER STRIKING DEFENDANTS' MOTION TO STRIKE
## PLAINTIFF'S AMENDED COMPLAINT

On June 9, 2005, defendants' filed a Motion to Strike Plaintiff's Amended Complaint. (Dkt. # 23).  The motion is stricken because it does not comply with the requirements of D.C.COLO.LCivR 7.1A, requiring counsel to confer before the filing of most motions.  The defendants' motion to strike plaintiff's Amended Complaint for failure to comply with Federal Rule of Civil Procedure 15 is one such motion as it does not claim to be based on F.R.Civ.P. 12 or 56 (as opposed to a motion under Rule 12(f), F.R.Civ.P., to strike legally insufficient or improper portions of a pleading).  Although the defendants' motion recites that conferring with opposing counsel would be "futile," there is no "futility" exception in connection with the filing of a motion subject to this Local Rule.

In addition, Plaintiff's Amended Complaint filed on May 18, 2005 is deemed filed and served, as leave to file an amended complaint is not required in these circumstances as no responsive pleading to it has been filed.  *See Glenn v. First Natl. Bank in Grand Junction*, 868 F.2d 368, 370 (10th Cir. 1989).  Defendants shall file a responsive pleading or motion no later than ten days from the date of this Order.

DATED:  June 23, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge